UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-62774-CIV-MOORE

LOUIS MORGAN,

   Plaintiff,

v.

THE GEO GROUP, INC.,
a Florida for Profit Corporation,

   Defendant.
_____

## NOTICE OF RECUSAL

   The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Internal Operating Procedure 2.16.00 for the Southern District of Florida.

   DATED at Fort Lauderdale, Florida, this 23rd day of January, 2019.

        LURANA S. SNOW
        UNITED STATES MAGISTRATE JUDGE

   In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge Patrick M. Hunt.

   Copies of this Notice shall be served on all pending parties of record in accordance with CM/ECF Administrative Procedures.

   By Order of Court this 23rd day of January, 2019.

        ANGELA E. NOBLE
        Clerk of Court

        John M. Ditullio
        By: Deputy Clerk

Copies to:

K. Michael Moore, Chief United States District Judge
Lurana S. Snow, United States Magistrate Judge

Patrick M. Hunt, United States Magistrate Judge Edward
Sieber, Statistical Analyst (MIA)
All Counsel of Record and/or Pro Se Parties