**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62774-CIV-ALTMAN/Hunt**

**LOUIS MORGAN,**

       Plaintiff,

v.

**THE GEO GROUP, INC.,**
A Florida Corporation,

       Defendant.

_____/

## ORDER SCHEDULING MEDIATION

**THIS CAUSE** came before the Court pursuant to Local Rule 16.2. The Mediation in this matter shall be held before Robert Dulberg at Salmon & Dulberg, 101 N.E. 3rd Ave., Suite 1500, Fort Lauderdale, FL 33301 on **June 6, 2019 at 10:00 a.m**.

Within seven days of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.

Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of May 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record