**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62774-CIV-ALTMAN/Hunt**

**LOUIS MORGAN,**

      Plaintiff,

v.

**THE GEO GROUP, INC.,**
A Florida Corporation,

      Defendant.

_____/

## ORDER OF REFERRAL

**THIS CAUSE** comes before the Court on the Plaintiff's Motion for Extension of Discovery Deadline [ECF No. 38], filed on June 12, 2019. The Motion seeks an extension of time to complete discovery as well as other relief related to an ongoing discovery dispute. Pursuant to 28 U.S.C. § 636(b)(1), the Court hereby

**ORDERS** that the Motion [ECF No. 38] is **REFERRED** to United States Magistrate Judge Patrick M. Hunt to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of June, 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record