UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 18-62774-CIV-ALTMAN/HUNT

LOUIS J. MORGAN

        Plaintiff,

v.

THE GEO GROUP, INC.,

        Defendant.

_____/

## ORDER

This matter is before this Court on Plaintiff's Third Motion to Compel, ECF No. 83. This Court conducted a hearing on this Motion on August 22, 2019. Having carefully considered the Motion, the Response, oral argument of counsel at the hearing, the Court file, and applicable law, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED IN PART and DENIED IN PART.

In keeping with the undersigned's rulings on the record, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendants shall, on or before August 26, 2019, or at another time mutually agreed to by counsel, allow Plaintiff's counsel to inspect Defendant's original files regarding call slips related to Plaintiff's absences due to his medical condition. Defendant shall make all relevant files available, regardless of location including supervisor, payroll and Human Resources files.

2. In light of this Court's previous Order, ECF No. 45, as well as statements made at the previous hearing, Plaintiff's Fourth Request for Production is deemed

timely served. Requests Nos. 1, 2, and 3 of the Fourth Request for Production, regarding the South Housing Unit Log, the Control Center Log, and the Duty Roster for Shift 1 on March 21, 2017, are denied, consistent with previous rulings on this issue. Plaintiff's Request No. 4 of the Fourth Request for Production, regarding DVR footage from Shift 1 on March 21, 2017, is denied, based upon Defendant's representation that video evidence from March 2017 no longer exists due to Defendant's standard video retention policy. Request No. 5 of the Fourth Request for Production, regarding communications with U.S. Immigration and Customs Enforcement, is denied as it raises an area of discovery outside the scope of the additional discovery allowed.

3. In light of this Court's previous Order, as well as statements from the Court, Plaintiff's Requests for Admissions are deemed timely served. Having articulated no further objections to the Request, Defendant shall respond to Plaintiff's Request on or before Wednesday, August 28, 2019. If Defendant cannot answer any Request due to a claimed lack of knowledge or any other reason, it must explain why it is unable to answer in sufficient detail for Plaintiff and this Court to determine whether the failure to answer is justified. Any motions or objections from Plaintiff regarding Defendant's admissions must be filed by Friday, August 30, 2019.

4. Parties shall each bear their own fees and costs.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of August, 2019.

_____

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Roy K. Altman
All Counsel of Record