UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62774-CIV-ALTMAN/Hunt

LOUIS MORGAN,

      Plaintiff,

v.

THE GEO GROUP, INC.,
A Florida Corporation,

      Defendant.

_____/

## ORDER OF REFERRAL

**THIS MATTER** comes before the Court *sua sponte*. On September 23, 2019, the Court held a status conference [ECF No. 106]. For the reasons stated in open court, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. The parties shall attend a settlement conference with Judge Hunt, as previously scheduled [ECF No. 107], on October 3, 2019.

2. The Motion to Amend [ECF No. 105], filed by the Plaintiff, Louis Morgan, on September 20, 2019, is **GRANTED in part and DENIED in part**. The Court will consider the evidence attached to that Motion to Amend, but further briefing will not be permitted.

3. The Joint Motion to Bring Electronic Equipment into the Courtroom [ECF No. 103] is **DENIED as moot**.

4. The Joint Motion for Extension of Time [ECF No. 80], filed on August 9, 2019, is **DENIED as moot**.

5.  The Defendant's Motion to Strike [ECF No. 73] is **DENIED as moot**. The Court has already ruled on the substance of that Motion in its August 26, 2019 Order [ECF No. 90].

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of September 2019.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record