**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62774-CIV-ALTMAN/Hunt**

**LOUIS MORGAN,**

      Plaintiff,

v.

**THE GEO GROUP, INC.,**
A Florida Corporation.

      Defendant.

_____/

**AMENDED SCHEDULING ORDER**

      **THIS CASE** is set for trial during the Court's two-week trial calendar beginning on **December 9, 2019**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on December 3, 2019**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

      **Settlement Notification**.  If this matter is settled, counsel are directed to inform the Court promptly via telephone (954-769-5680) and/or e-mail (altman@flsd.uscourts.gov).

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record