**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62774-CIV-ALTMAN/Hunt**

**LOUIS MORGAN,**

        Plaintiff,

v.

**THE GEO GROUP, INC.,**
A Florida Corporation,

        Defendant.

_____/

**ORDER**

**THIS MATTER** comes *sua sponte* before the Court.

One of the primary questions in this case is whether the Plaintiff, Louis Morgan, failed to conduct "security and wellness checks" and then falsified company records. In its undisputed statement of facts, the Defendant claims that "video surveillance footage for March 21, 2017, and April 4, 2017, was reviewed and showed Plaintiff did not complete his required security and wellness checks on April 4, 2017, even though he represented in the BTC log books that he had done so." Def.'s SOF [ECF No. 53] ¶ 16. The Plaintiff, for his part, admits the videos' existence, but contends that they only "purport to show alleged violations made by Plaintiff" because they "do not have date and time stamps on them." Pl.'s SOF [ECF No. 66] ¶ 31.

Unfortunately, neither party has filed these videos with the Court. And, without those videos, the Court cannot properly assess the veracity of the parties' claims—at least to the extent those claims turn on the evidence contained in those videos.

Accordingly, the Court hereby

**ORDERS** the Defendant, by **November 21, 2019,** to file (conventionally) two copies of the alleged videotapes with the Clerk's Office at 299 E. Broward Blvd., Fort Lauderdale, Florida. The Defendant shall also include any additional evidence required to authenticate those videotapes. Once filed, the Defendant shall file a Notice with the Court indicating that the videos were filed and must, in that Notice, direct the Court to the precise timestamp locations that, it believes, are relevant to the disposition of its motion for summary judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2