UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62774-CIV-ALTMAN/Hunt

LOUIS MORGAN,

     *Plaintiff*,

v.

THE GEO GROUP, INC.,

     *Defendant*.

_____/

## AMENDED SCHEDULING ORDER

**THIS CASE** is set for trial during the Court's two-week trial calendar beginning on **March 30, 2020**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on March 24, 2020**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

     **Settlement Notification**.  If this matter is settled, counsel are directed to inform the Court promptly via telephone (954-769-5680) and/or e-mail (altman@flsd.uscourts.gov).

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of January 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record